1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   TIMOTHY CELESTINE
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,        ) NO. CR. S-05-0019 FCD
                                    )
13              Plaintiff,          )
                                    ) **STIPULATION AND ORDER CONTINUING**
14      v.                          ) **STATUS CONFERENCE**
                                    )
15 TIMOTHY CELESTINE,               )
                                    ) Date:  May 23, 2005
16              Defendant.          ) Time:  9:30 a.m.
                                    ) Judge: Hon. Frank C. Damrell, Jr.
17 _____  )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, Timothy Celestine, that the status conference
21 scheduled for May 23, 2005, may be continued to June 27, 2005, at
22 9:30 a.m.
23      Defense counsel and Mr. Celestine have yet to complete their factual
24 investigation, which they expect to bear heavily on resolution of the
25 case.  So that the investigation may be completed, the parties agree that
26 the ends of justice to be served by a continuance outweigh the best
27 interests of the public and the defendant in a speedy trial and that time
28 under the Speedy Trial Act may be excluded from the date of this Order

through June 27, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: May 19, 2005         /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for TIMOTHY CELESTINE


                            McGREGOR SCOTT
                            United States Attorney

Dated: May 19, 2005         /s/ M. Grad
                            MARY GRAD
                            Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 27, 2005, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated: May 20, 2005         /s/ Frank C. Damrell Jr.
                            HON. FRANK C. DAMRELL, JR.
                            United States District Judge

2