```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    TIMOTHY CELESTINE
 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      )  NO. CR. S-05-0019 FCD
                                   )
13            Plaintiff,           )
                                   )  STIPULATION AND ORDER CONTINUING
14       v.                        )  STATUS CONFERENCE
                                   )
15  TIMOTHY CELESTINE,             )
                                   )  Date:  June 27, 2005
16            Defendant.           )  Time:  9:30 a.m.
                                   )  Judge: Hon. Frank C. Damrell, Jr.
17  _____  )

18
```

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, Timothy Celestine, that the status conference
21 scheduled for June 27, 2005, may be continued to July 11, 2005, at 9:30
22 a.m.

23      Defense counsel and Mr. Celestine have yet to complete their factual
24 investigation, which they expect to bear heavily on resolution of the
25 case.  So that the investigation may be completed, the parties agree that
26 the ends of justice to be served by a continuance outweigh the best
27 interests of the public and the defendant in a speedy trial and that time
28 under the Speedy Trial Act may be excluded from the date of this order

through July 11, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Defender

Dated: June 15, 2005                  /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for TIMOTHY CELESTINE

                                              McGREGOR SCOTT
                                              United States Attorney

Dated: June 15, 2005                  /s/ M. Grad
                                              MARY GRAD
                                              Assistant U.S. Attorney

### **O R D E R**

The status conference is continued to July 11, 2005, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated: June 16, 2005                  /s/ Frank C. Damrell Jr.
                                              HON. FRANK C. DAMRELL, JR.
                                              United States District Judge