1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   TIMOTHY CELESTINE
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,        )  NO. CR. S-05-0019 FCD
                                     )
13                   Plaintiff,      )
                                     )  **STIPULATION AND ORDER CONTINUING**
14      v.                           )  **STATUS CONFERENCE**
                                     )
15  TIMOTHY CELESTINE,               )
                                     )  Date:  July 12, 2005
16                   Defendant.      )  Time:  10:30 a.m.
                                     )  Judge: Hon. Frank C. Damrell, Jr.
17  _____  )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Timothy Celestine, that the status conference

21  scheduled for July 12, 2005, may be continued to August 22, 2005, at 9:30

22  a.m.

23      Defense counsel and Mr. Celestine seek additional time to share the

24  results of their investigation with counsel for the government.  Because

25  of the possibility that this discussion may affect resolution of the

26  case, the parties agree that the ends of justice to be served by a

27  continuance outweigh the best interests of the public and the defendant

28  in a speedy trial and that time under the Speedy Trial Act may be

1  excluded from the date of this order through August 22, 2005, pursuant to

2  18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                        Respectfully submitted,

4                                        QUIN DENVIR
                                         Federal Defender
5

6  Dated: July 7, 2005                   /s/ T. Zindel
                                         TIMOTHY ZINDEL
7                                        Assistant Federal Defender
                                         Attorney for TIMOTHY CELESTINE
8

9                                        McGREGOR SCOTT
                                         United States Attorney
10

11 Dated: July 7, 2005                   /s/ T. Zindel for M. Grad
                                         MARY GRAD
12                                       Assistant U.S. Attorney

13

14                       **O R D E R**

15      The status conference is continued to August 22, 2005, at 9:30 a.m.

16 and time under the Speedy Trial Act is excluded through that date for the

17 reasons set forth above and by agreement of the parties.

18      IT IS SO ORDERED.

19

20 Dated: July 8, 2005                   /s/ Frank C. Damrell Jr.
                                         HON. FRANK C. DAMRELL, JR.
21                                       United States District Judge

22

23

24

25

26

27

28

2