```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    TIMOTHY CELESTINE
 7

 8
                   IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,     )  NO. CR. S-05-0019 FCD
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER CONTINUING
14       v.                       )  STATUS CONFERENCE
                                  )
15  TIMOTHY CELESTINE,            )
                                  )  Date:  August 22, 2005
16              Defendant.        )  Time:  9:30 a.m.
                                  )  Judge: Hon. Frank C. Damrell, Jr.
17  _____)

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Timothy Celestine, that the status conference

21  scheduled for August 22, 2005, may be continued to September 19, 2005, at

22  9:30 a.m.

23       The defense has shared with the government the results of its

24  factual investigation.  The parties seek additional time to meet (the

25  case agent has agreed to meet Mr. Celestine to discuss the circumstances

26  underlying the charge).  Because this meeting may promote a resolution of

27  the case, the parties agree that the ends of justice to be served by a

28  continuance outweigh the best interests of the public and the defendant
```

in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through September 19, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

Dated: August 19, 2005            /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for TIMOTHY CELESTINE

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: August 19, 2005            /s/ T. Zindel for M. Grad
                                        MARY GRAD
                                        Assistant U.S. Attorney

## O R D E R

    The status conference is continued to September 19, 2005, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

    IT IS SO ORDERED.

Dated: August 19, 2005            /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL, JR.
                                        United States District Judge