QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY CELESTINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-05-0019 FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER CONTINUING** |
| v. ) | **STATUS CONFERENCE** |
| ) | |
| TIMOTHY CELESTINE, ) | |
| ) | Date: September 19, 2005 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Timothy Celestine, that the status conference scheduled for September 19, 2005, may be continued to November 14, 2005, at 9:30 a.m.

The defense has shared with the government the results of its factual investigation. The case agent has agreed to meet Mr. Celestine to discuss the circumstances underlying the charge but this meeting has been delayed because the agent is presently assigned outside of the area. Counsel for Mr. Celestine hopes that the case will resolve favorably to Mr. Celestine (without a trial) as a result of this meeting. Mr. Celestine remains out of custody under pretrial services supervision, is

1  gainfully employed, and has agreed to this continuance.

2      Because the meeting may promote a resolution of the case, the
3  parties agree that the ends of justice to be served by a continuance
4  outweigh the best interests of the public and the defendant in a speedy
5  trial and that time under the Speedy Trial Act may be excluded from the
6  date of this order through November 14, 2005, pursuant to 18 U.S.C. §
7  3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

Dated: September 15, 2005               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for TIMOTHY CELESTINE


                                        McGREGOR SCOTT
                                        United States Attorney

Dated: September 15, 2005               /s/ T. Zindel for M. Grad
                                        MARY GRAD
                                        Assistant U.S. Attorney
```

## O R D E R

    The status conference is continued to November 14, 2005, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

    IT IS SO ORDERED.

```
Dated: September 16, 2005               /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL, JR.
                                        United States District Judge
```