```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone: (916) 554-2763
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )  C.R. No. S-05-019-FCD
              Plaintiff,         )
11                               )
         v.                      )
12                               )  MOTION TO DISMISS INDICTMENT
    TIMOTHY CELESTINE,           )  AND ORDER
13                               )
              Defendant.         )
14  _____)
```

15   The United States of America, by and through its undersigned
16 attorney, Mary L. Grad, Assistant United States Attorney,
17 respectfully requests that this Court dismiss without prejudice the
18 above-captioned Indictment, filed January 20, 2005, against
19 defendant TIMOTHY CELESTINE.
20   This motion is made pursuant to the provisions of Rule 48(a) of
21 the Federal Rules of Criminal Procedure
22
23 DATED: November 1, 2005              McGREGOR W. SCOTT
                                        United States Attorney
24
25                                      By  /S/ Mary L. Grad
                                           MARY L. GRAD
26                                      Assistant U.S. Attorney
27
28

                              1

<u>O R D E R</u>

It is ordered that the above-captioned Indictment be and is hereby dismissed without prejudice against TIMOTHY CELESTINE.

```
DATED: November 4, 2005          /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL JR.
                                 United States District Judge
```